IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **THE LODGES AT SCOTT, LLC,** | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 4:23-cv-4835 |
| **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF HOF GRANTOR TRUST 4, AVT TITLE SERVICES, LLC, AND RF RENOVO MANAGEMENT COMPANY, LLC,** | § § § § § § § | |
| Defendants. | § | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel's address and contact information has changed. Please direct all pleadings and correspondence to the following address:

LEWIS BRISBOIS BISGAARD & SMITH LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7100
Facsimile: (214) 722-7111
mark.cronenwett@lewisbrisbois.com

Respectfully submitted,

*/s/ Mark D. Cronenwett*
**Mark D. Cronenwett**
State Bar No. 00787303
mark.cronenwett@lewisbrisbois.com
**Vivian N. Lopez**
State Bar No. 24129029
vivian.lopez@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7100
Facsimile: (214) 722-7111
**ATTORNEYS FOR DEFENDANT**
**U.S. BANK TRUST, N.A., AS TRUSTEE**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2024, a true and correct copy of the foregoing was served in the manner described below on the following:

**Via ECF Notification:**
Bruce W. Akerly
Akerly Law PLLC
2785 Rockbrook Drive, Suite 201
Lewisville, Texas 75067
bakerly@akerlylaw.com
*Attorneys for Plaintiff*

                                     */s/ Mark D. Cronenwett*
                                     **MARK D. CRONENWETT**